## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| GREGORY WIGRYS, GLEN WIGRYS, and KAREN WIGRYS GREEN, *Individually and as Legal Heirs to the Estate of* EMILY D. WIGRYS, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-08-1250 |
| GENERAL MOTORS CORPORATION, | § § | |
| Defendant. | § § | |

## ORDER OF ADMINISTRATIVE CLOSING

Defendant, General Motors Corporation filed a petition in the United States Bankruptcy Court for the Southern District of New York as Case No. 09-50026 (REG) on June 1, 2009.   A petition filed under 11 U.S.C. §§ 301, *et seq.,* operates as a stay of the continuation of a judicial proceeding against the debtor that was commenced before the initiation of the bankruptcy proceeding.  11 U.S.C. § 362(a)(1).  Accordingly, this case is administratively closed.  The plaintiffs may reinstate this case to the active docket upon notice to this court of the discontinuance of the stay pursuant to 11 U.S.C. § 362(c)(2), provided such notice is filed within 30 days after the bankruptcy stay is discontinued.

SIGNED on June 18, 2009, at Houston, Texas.

Lee H. Rosenthal
United States District Judge